STATE of Missouri, Respondent,

v.

Shannon KERKSIEK, Appellant.

No. WD 58404.

Missouri Court of Appeals,
Western District.

Jan. 23, 2001.

Christopher A. Slusher, Jefferson City, MO, for Appellant.

John T. Kay, Pros. Atty., California, MO, for Respondent.

Before SPINDEN, Chief Judge, EDWIN H. SMITH, Judge, and NEWTON, Judge.

### ORDER

Shannon Kerksiek appeals the circuit court's judgment to convict him of second-degree car tampering. We affirm. Rule 30.25(b).